Date signed February 23, 2009



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re:<br>Elizabeth Anne Daly,<br>　　　　Debtor. | Case No. 05-90641PM<br>Chapter 13 |
|---|---|
| Wells Fargo Bank, N.A.,<br>　　　　Movant,<br><br>vs.<br><br>Elizabeth Anne Daly,<br>　　　　Respondent. | |

## MEMORANDUM OF DECISION

　　This matter came before the court on the Motion to Reconsider Motion for Relief from Stay and Entry of an Order Striking Order Denying Motion for Relief from Stay filed by Wells Fargo Bank, N.A.  The Order denying relief from the automatic stay and the co-debtor stay was entered October 27, 2008, the court noting as follows: "Debtor appears to have over $250,000 in equity in this property and the post-filing arrears are only two payments."  The court has reviewed the records of the Maryland Department of Assessments and Taxation in connection with the real property at issue located at 702 Trenary Circle, Fort Washington, Maryland 20744, and notes that the record reflects the following under the section titled Legal Description: "DAMAGED PROPERTY-FIRE IMPS REMOVED 10-1-08."  As the property appears to have sustained fire damage thereby diminishing the value of the property, the court will grant the Motion to Reconsider.

　　An appropriate order will be entered.

cc:  Debtor/Respondent
  Debtor/Respondent's Counsel
  Movant
  Movant's Counsel
  Chapter 13 Trustee

**End of Memorandum**